THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Matter
 Of The Care And Treatment Of Cory Williamson, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2010-UP-481
 Submitted November 1, 2010  Filed November
4, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Cory
 Williamson appeals being found a sexually violent predator, arguing the trial
 court erred in admitting testimony of his prior conviction for the ill
 treatment of animals.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), In re McCoy, 360 S.C. 425, 427, 602 S.E.2d 58, 59 (2004) (adopting the Anders procedure for alleged no-merit appeals in sexually violent
 predator involuntary commitment appeals), In re McCoy, 360 S.C. 425, 602
 S.E.2d 58 (2004) (adopting the Anders procedure for alleged no-merit
 appeals in sexually violent predator involuntary commitment appeals), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
FEW, C.J., SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.